**Maria Esther Sanchez CASTILLO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–73203.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Nov. 28, 2008.

Maria Esther Sanchez Castillo, Palm Springs, CA, pro se.

CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Song E. Park, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Maria Esther Sanchez Castillo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's December 21, 2004 order dismissing Sanchez Castillo's appeal because the petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

The BIA did not abuse its discretion in denying Sanchez Castillo's motion to reopen for failure to comply with the requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637, 639 (BIA 1988), where Sanchez Castillo did not provide an affidavit to support her claim and the ineffective assistance is not plain on the face of the record. *See Reyes v. Ashcroft*, 358 F.3d 592, 597–98 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**